IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSA SMAJLAJ, ET Al., <br><br> Plaintiffs on behalf of themselves and all others similarly situated, <br><br> v. <br><br> CAMPBELL SOUP COMPANY & CAMPBELL SALES COMPANY, <br><br> Defendants. | HON. JEROME B. SIMANDLE <br><br> Civil Action <br> No. 10-1332 (JBS/AMD) <br><br> **ORDER** |

This matter is before the Court upon a motion to dismiss by Defendant Campbell Soup Company [Docket Item 7]. Plaintiffs have subsequently filed an Amended Complaint as of right under Rule 15(a)(1)(B), Fed. R. Civ. P., by filing within 21 days of the first responsive pleading. [Docket Item 11.] This amendment has both displaced the pleading that is the subject of the motion, and altered the relevant allegations in material ways, so Defendant's motion is now moot;

THEREFORE IT IS this 18th day of **June, 2009** hereby

ORDERED that Defendant's motion to dismiss [Docket Item 7] is **DISMISSED** as moot, without prejudice to Defendant filing a motion to dismiss Plaintiffs' Amended Complaint.

*/s/ Jerome B. Simandle*
JEROME B. SIMANDLE
U.S. District Judge